IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01563-EWN-BNB

ANDRE ANDROPOLIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER, and
JAMES P. MCCLOSKEY,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Vacate Response to Defendant Red Robin's Motion to Dismiss** (the "Motion"), filed September 22, 2005. I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. Any response to the motion to dismiss shall be filed after the appointment of a lead plaintiff and lead counsel.

Dated October 25, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge