IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01563-EWN-BNB

ANDRE ANDROPOLIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER, and
JAMES P. MCCLOSKEY,

Defendants.
_____

## ORDER
_____

This matter is before me on **Plaintiff's Unopposed Motion to Vacate Response to Defendant James P. McCloskey's Motion to Dismiss and Joinder in Defendant Red Robbin's Motion to Dismiss** (the "Motion"), filed October 28, 2005.

IT IS ORDERED that the Motion is GRANTED. Any response to McCloskey's motion to dismiss shall be filed after the appointment of a lead plaintiff and lead counsel.

Dated November 4, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge