IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01563-EWN-BNB

(Consolidated with *Baird v. Red Robin Gourmet Burgers, Inc.*, 05-cv-01903; and consolidated for pretrial proceedings with *Wilster v. Snyder*, 05-cv-01707)

ANDRE ANDROPOLIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER, and
JAMES P. MCCLOSKEY,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        IT IS ORDERED that the **Plaintiff Elliot Wilster's Motion for Leave to File Surreply [etc.]**, filed January 6, 2006 [Doc. # 66] (the "Motion") is GRANTED, and the Plaintiff Elliot Wilster's Surreply [etc.] submitted with the Motion is accepted for filing.

DATED:  January 10, 2006