IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01563-EWN-BNB

(Consolidated with <u>Baird v. Red Robin Gourmet Burgers, Inc.</u>, 05-cv-01903; and consolidated for pretrial proceedings with <u>Wilster v. Snyder</u>, 05-cv-01707)

ANDRE ANDROPOLIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER, and
JAMES P. MCCLOSKEY,

Defendants.
_____

## ORDER
_____

This matter is before me on **Nominal Defendant Red Robin Gourmet Burgers, Inc.'s, Motion to Stay Discovery Pending Resolution of Motions to Dismiss In This Case and In Parallel Securities Actions** (the "Motion to Stay Discovery"), filed October 17, 2005. I held a hearing on the Motion to Stay Discovery this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Stay Discovery is GRANTED IN PART. Discovery in general is stayed pending the determination of motions to dismiss in the related securities fraud case.

IT IS FURTHER ORDERED that issues concerning limited discovery, including discovery directed to the issue of demand futility, may be raised among the parties, and limited

discovery may be allowed as the parties may agree, or as I may order upon a motion following the parties' compliance with D.C.COLO.LCivR 7.1A.

Dated January 10, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge