IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01563–EWN–BNB

*(Consolidated with <u>Baird v. Red Robin Gourmet Burgers, Inc.,</u> 05-cv-01903;and consolidated for pretrial proceedings with <u>Wilster v. Snyder</u>, 05-cv-01707)*

ANDRÉ ANDROPOLIS, on behalf of himself
and all others similarly situated,

     Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER and
JAMES P. McCLOSKEY,

     Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Joint Motion for Briefing Schedule" (Document 74, filed January 17, 2006) is GRANTED. Red Robin shall file its motion to dismiss on or before January 31, 2006. The individual defendants shall file their motions to dismiss on or before February 15, 2006. Plaintiff's combined response to the motions is due on or before March 17, 2006. Defendants' replies are due on or before April 7, 2006.

All future filings shall be captioned as indicated above and in the Order filed by Magistrate Judge Boyd N. Boland on December 19, 2005.

Dated: January 26, 2006