IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01563–EWN–BNB

*(Consolidated with <u>Baird v. Red Robin Gourmet Burgers, Inc.</u>, 05-cv-01903; and consolidated for pretrial proceedings with <u>Wilster v. Snyder</u>, 05-cv-01707)*

ANDRÉ ANDROPOLIS, On Behalf of
Himself and All Others Similarly Situated,

    Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER and
JAMES P. McCLOSKEY,

    Defendants.

## ORDER

Upon due consideration of "Defendant Red Robin Gourmet Burgers, Inc's Unopposed Motion for Uniform Briefing Schedule on Motions to Dismiss Lead Plaintiff's Consolidated Complaint" (#88, filed March 13, 2006), it is

ORDERED:

1.     The motion is GRANTED in part and DENIED in part.

2.     All Defendants shall file their motions to dismiss the Consolidated Complaint no later than May 1, 2006.

3.       Lead Plaintiff shall respond to the motions to dismiss no later than thirty days after the last-filed motion.

Dated this 14th day of March, 2006.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge