IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01563-EWN-BNB

(Consolidated with <u>Baird v. Red Robin Gourmet Burgers, Inc.</u>, 05-cv-01903; and consolidated for pretrial proceedings with <u>Wilster v. Snyder</u>, 05-cv-01707)

ANDRE ANDROPOLIS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER, and
JAMES P. MCCLOSKEY,

Defendants.

_____

## ORDER
_____

This matter is before me on **Plaintiff's Motion and Memorandum In Support of Motion to Compel Production of Documents and Responses to Interrogatories** [Doc. # 117, filed 6/5/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated July 13, 2006.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge