IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: May 31, 2007

Civil Action No.  05-cv-01563-EWN-BNB

*(Consolidated with <u>Baird v. Red Robin Gourmet Burgers, Inc.</u>, 05-cv-01903;and consolidated for pretrial proceedings with <u>Wilster v. Snyder</u>, 05-cv-01707)*

| *Parties:* | *Counsel:* |
|---|---|
| ANDRÉ ANDROPOLIS, On Behalf of Himself and All Others Similarly Situated; and | |
| CITY OF PHILADELPHIA, Board of Pensions and Retirement; | Renee Taylor and Casey Preston |
| Plaintiffs, | |
| v. | |
| RED ROBIN GOURMET BURGERS, INC., | Andrew Shoemaker and Coates Lear |
| MICHAEL J. SNYDER, | Pamela Smith |
| JAMES P. McCLOSKEY, | James Nesland |
| LISA A. DAHL, | Andrew Shoemaker and Coates Lear |
| KATHERINE L. SCHERPING, and DENNIS B. MULLEN, | |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**2:30 p.m.**     Court in session.

*Courtroom Minutes*
*05-cv-01563-EWN-BNB*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Appearances of counsel. Mr. Preston, Ms. Smith, and Mr. Nesland appear by telephone. Also present are Jim Donnelly on behalf of Elliot Wilster in companion derivative case no. 05-cv-01707-EWN-BNB, which has been consolidated with this case, and Florine Clark from Red Robin.

Discussion regarding #161, motion to vacate the judgment for purposes of settlement.

**ORDERED: 1.    Joint Motion to Vacate Judgment for Purposes of Settlement (#161, filed May 24, 2007) is GRANTED with the expectation that Ms. Taylor, after consulting with all parties, will submit a proposed order for the court's consideration.**

Discussion regarding final settlement hearing.

**ORDERED: 2.    Final Settlement Hearing is set for Friday, September 28, 2007, at 2:00 p.m.**

**ORDERED: 3.    Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (#162, filed May 24, 2007) is GRANTED. Counsel are to submit a proposed order reflecting interlineations made in open court.**

**2:47 p.m.**    Court in recess.

Hearing concluded.

Total time in court: 00:17