## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 05-cv-01563-EWN-BNB :
:
ANDRÉ ANDROPOLIS, On Behalf of Himself :
and All Others Similarly Situated, :
:
    Plaintiffs, :
:
    v. :
:
RED ROBIN GOURMET BURGERS, INC., :
MICHAEL J. SNYDER, :
JAMES P. McCLOSKEY, :
LISA A. DAHL, :
KATHERINE L. SCHERPING, and :
DENNIS B. MULLEN, :
:
    Defendants. :

### LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND THE PLAN OF <u>ALLOCATION OF SETTLEMENT PROCEEDS</u>

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's June 4, 2007 Order Preliminarily Approving Settlement and Approving the Form and Manner of Notice (the "Preliminary Approval Order"), Lead Plaintiff City of Philadelphia Board of Pensions and Retirement (CPBPR), by and through its counsel ("Lead Plaintiffs' Counsel"), hereby move for final approval of a proposed settlement (the "Settlement") of this consolidated class action (the "Litigation") and plan of allocation of the proceeds of the Settlement ("Plan of Allocation"), and for the entry of the accompanying proposed Final Judgment and Order of Dismissal with Prejudice. In support thereof, Lead Plaintiff states as follows:

    1.    The proposed Settlement provides a substantial benefit for the Class consisting of

$1,500,00, plus interest (the "Settlement Fund").

2.The Settlement, embodied in a Stipulation of Settlement dated May 24, 2007 (the "Stipulation"), was reached after Plaintiffs' Complaint had been dismissed and after intensive arm's-length negotiations and mediation before a venerable mediator, U.S.D. J. Nicholas Politan (ret.), by experienced counsel over three months.

3.The Settlement has been approved by the Class. As required by the Preliminary Approval Order, Notice of Pendency and Settlement of Class Action was provided to more than 22,350 potential members of the Class. The deadline to serve objections to the Settlement or Plaintiffs' Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses, was August 28, 2007. The deadline to request exclusion from the Class was August 28, 2007. No Class Member objected to any aspect of the Settlement or the Plan of Allocation. In addition, no Class member requested exclusion from the Settlement.

4.In further support of this Motion, Plaintiffs' Lead Counsel rely upon: (a) the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion For Final Approval of Class Action Settlement, the Plan of Allocation of Settlement Proceeds; (b) the Plaintiffs' Counsel's Memorandum of Law in Support of Its Unopposed Motion for an Award of Attorneys' Fees and for Reimbursement of Expenses (the "Fee Brief"); (c) the Declaration of Sherrie R. Savett In Support Of Plaintiffs' Unopposed Motion for Final Approval of Settlement And Plaintiffs' Counsel's Unopposed Motion for An Award of Attorney's Fees and Expenses; (d) Declaration of Sherrie R. Savett in Support Of Plaintiffs' Counsel's Unopposed Motion for An Award of Attorneys' Fees And For Reimbursement of Expenses, Exhibit 1 to the Fee Brief; (e) the Affidavit of Edward J. Sincavage, CPA Regarding Dissemination of Notice to the Class, Exhibit 3 to the Fee Brief.; (f) the Stipulation of Settlement previously filed with the Court; and

(g) the record herein.

5.      Pursuant to D.C. Colo. L. Civ. R. 7.1(A), Lead Plaintiffs' Counsel sent the memorandum of law in support of this motion to all defense counsel on September 18, 2007, and all such defense counsel have agreed not to oppose this motion.

WHEREFORE, Lead Plaintiffs respectfully request that the Court approve the Settlement as fair reasonable and adequate and approve the Plan of Allocation and enter the proposed Final Judgment and Order of Dismissal with Prejudice.

DATED: September 21, 2007        **BADER & ASSOCIATES, LLC**

By  /s/ Gerald L. Bader, Jr.
     Gerald L. Bader, Jr.
     14426 E. Evans Avenue, Suite 200
     Denver, CO 80014
     (303) 534-1700

**Plaintiffs' Liaison Counsel**

Sherrie R. Savett
Russell D. Paul
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

**Plaintiffs' Lead Counsel**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Karen Jean Cody-Hopkins**
kjch@lilleylaw  rcosio@lilleylaw.com

**Charles Walter Lilley**
clilley@lilleylaw.com

**Jessica Hoff**
jhoff@lilleylaw.com

**F. James Donnelly**
fjamesdonnelly@comcast.net

**James E. Nesland**
neslandje@cooley.com  foutsdl@cooley.com  inghramjl@cooley.com
calendarreq@cooley.com

**Paul Howard Schwartz**
schwartzph@cooley.com  colitigation@cooley.com  inghramjl@cooley.com
foutsdl@cooley.com  calendarreq@cooley.com

**Andrew Ryan Shoemaker**
arshoemaker@hhlaw.com  tlfry@hhlaw.com  ecfnotices@hhlaw.com

**Kip Brian Shuman**
kip@shumanlawfirm.com  lisa@shumanlawfirm.com

**Jeffrey Allen Smith**
jsmith1@cooley.com  foutsdl@cooley.com  inghramjl@cooley.com
calendarreq@cooley.com

**Pamela G. Smith**
pamela.smith@kattenlaw.com  cynthia.jukovich@kattenlaw.com

**Jeffrey Alan Springer**
jspringer@springer-and-steinberg.com  law@springer-and-steinberg.com

**Thomas Lee Strickland**
tlstrickland@hhlaw.com  kddarling@hhlaw.com

**Marc M. Umeda**
umeda@ruflaw.com zimmer@ruflaw.com sputtick@ruflaw.com bbrillo@ruflaw.com

**Rachel M. Vorbeck**
rachel.vorbeck@kattenlaw.com christine.lyman@kattenlaw.com

**Michael S. Weisman**
michael.weisman@kattenlaw.com

and via US mail, first class postage prepaid, to:

**Adam Miller**
3 Baldwin Circle
Weston, MA 02493

                                                                      s/ Colette Poeppel
                                                                       Colette Poeppel