# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CIVIL ACTION NO. 05-cv-01563-EWN-BNB | : |
| | : |
| ANDRÉ ANDROPOLIS, On Behalf of Himself and All Others Similarly Situated, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| RED ROBIN GOURMET BURGERS, INC., MICHAEL J. SNYDER, JAMES P. McCLOSKEY, LISA A. DAHL, KATHERINE L. SCHERPING, and DENNIS B. MULLEN, | : |
| | : |
| Defendants. | : |

## ORDER

This matter having come to be heard on Plaintiffs' Counsel's Unopposed Motion for Attorneys' Fees and Reimbursement of Expenses; and

This Court, having reviewed the Motion and the Declaration of Sherrie R. Savett submitted in support thereof, and upon all the proceedings previously had herein; and

This Court, having found that the requested attorneys' fees and the expenses for which reimbursement is sought are fair and reasonable under the applicable legal standards and in light of the contingency risk undertaken and the result achieved;

IT IS HEREBY ORDERED THAT: For all settlements produced in this case to date, Plaintiffs' Counsel is awarded $375,000 in attorneys' fees (25% of the Settlement Fund) and

reimbursement of expenses in the amount of $114,441.50, plus a proportionate amount of the accrued interest.

DATED this 28th day of September, 2007.

                               BY THE COURT:

                               s/ Edward W. Nottingham
                               Edward W. Nottingham
                               Chief United States District Judge

malta431138