# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.  1:05-cv-1563-EWN-BNB

(Consolidated with *Baird v. Red Robin Gourmet Burgers, Inc.*, No. 05-cv-01903; and consolidated for pretrial proceedings with *Wilster v. Snyder*, No. 05-cv-01707)

**[This filing relates to: *Wilster v. Snyder*, No. 05-cv-01707]**

ANDRE ANDROPOLIS, on behalf of himself and others similarly situated,

    Plaintiff,

v.

RED ROBIN GOURMET BURGERS, INC.,
MICHAEL J. SNYDER, and
JAMES P. MCCLOSKEY

    Defendants.

---

### FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

---

This matter came before the Court on Plaintiff's Motion for Approval of Settlement set forth in the Stipulation of Settlement dated as of February 29, 2008 (the "Stipulation"). The Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including nominal defendant Red Robin Gourmet Burgers, Inc. ("Red Robin").

3. The Court finds that the Stipulation and Settlement contained therein is fair, just, reasonable and adequate in all respects as to each of the Parties, including to nominal defendant Red Robin and its shareholders. As a result, the Court hereby approves the Settlement set forth in the Stipulation and directs the Parties to perform its terms.

4. The Litigation and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice as to Plaintiff, Red Robin and Red Robin stockholders, and as against the Released Persons. Each of the Parties is to bear its own costs, except as otherwise provided in the Stipulation.

5. Upon the Effective Date hereof, Plaintiff, Red Robin and Red Robin stockholders shall be deemed to have, and by operation of this Judgment shall have fully, finally and forever released, relinquished and discharged all Released Claims (including Unknown Claims) against the Released Persons. This release shall not impair or restrict the rights of the Parties to enforce the terms of the Settlement set forth in the Stipulation.

6. The mailing of the Notice to Red Robin shareholders constitutes due and adequate notice under Rule 23.1 and satisfies the requirements of due process.

7. Plaintiff, Red Robin and Red Robin stockholders are hereby forever barred and enjoined from prosecuting the Released Claims against the Released Persons.

8.      Upon the Effective Date hereof, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have fully, finally and forever released, relinquished and discharged Plaintiff and Plaintiff's Counsel from all claims, arising out of, relating to or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.  This release shall not impair or restrict the rights of the Parties to enforce the terms of the Settlement set forth in the Stipulation.

9.      Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this Settlement; and (b) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

10.     The Court finds that during the course of the Litigation, the Parties and their respective counsel at all times complied with applicable law, including without limitation Fed. Rules Civ. Proc. 11 and Colo. R. Civ. P. 11.

11.     In the event this Judgment does not become Final (as defined in Section IV, ¶1.4 of the Stipulation), then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

**IT IS SO ORDERED**.

DATED: June 6, 2008.                    s/ Edward W. Nottingham
                                        CHIEF UNITED STATES DISTRICT JUDGE